# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDDIE H. BILLINGS, JR., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of the Social Security Administration, )<br>)<br>Defendant. ) | 1:12-cv-01518-TWP-MJD |

### Entry Again Directing Further Proceedings

In response to the Entry of October 23, 2012, the plaintiff has supplied the court with a document issued in March 2010 entitled "Notice of Disapproved Claim" from the Social Security Administration ("SSA"). This Notice informs the plaintiff that he had the right to file a request for reconsideration or file a new application. This Notice does not constitute a final decision by the SSA.

This documentation is not sufficient. Only if there has been a final decision by the SSA, and then only if an appeal of the final decision is timely filed, would this court have jurisdiction pursuant to 42 U.S.C. § 405(g) to proceed.

The plaintiff shall have **through November 13, 2012,** in which to **further supplement his complaint** by submitting a copy of the Appeals Council notice and/or decision of the Administrative Law Judge acting on his application for disability benefits and as to which he seeks judicial review in this proceeding.

**IT IS SO ORDERED.**

Date: 11/01/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Eddie H. Billings, Jr.
403 N. Rural Street
Indianapolis, IN 46201